## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☑ FIRST _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Felipe Osorto          JOINT DEBTOR: Lourdes Valladares          CASE NO.: 24-13918-RAM

SS#: xxx-xx- 3086                               SS#: xxx-xx-5749

**I.    NOTICES**

To Debtors:    Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:    Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:    The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☑ Not included |
| Nonstandard provisions, set out in Section IX | ☑ Included | ☐ Not included |

**II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

**A.    MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.    $4,436.57 _____ for months  1  to  60  ;

**B.    DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $6,800.00 | Total Paid: | $1,687.00 | Balance Due: | $5,113.00 |
|---|---|---|---|---|---|
| Payable | $389.51 | /month (Months  1  to  13 ) | | | |
| Payable | $49.37 | /month (Months  14  to  14 ) | | | |

Allowed fees under LR 2016-I(B)(2) are itemized below:
Safe Harbor: $5,000.00 Attorney's Fees + $200.00 Costs + $800 MTV Tacoma + $800 MTV 4Runner = $6,800.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

**III.    TREATMENT OF SECURED CLAIMS**    ☐ NONE

**A.    SECURED CLAIMS:**    ☐ NONE
[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| | |
|---|---|
| 1.  Creditor: Citibank, N.A. / Fay Servicing, LLC [POC#22] | |
| Address: Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 | Arrearage/ Payoff on Petition Date  $9,752.65<br>Regular Payment (Maintain)  $1,415.91  /month (Months  1  to  60 )<br>Arrears Payment (Cure)  $170.07  /month (Months  14  to  14 )<br>Arrears Payment (Cure)  $208.32  /month (Months  15  to  60 ) |
| Last 4 Digits of<br>Account No.:  0433 | |
| Other: | |

Debtor(s): Felipe Osorto, Lourdes Valladares          Case number: 24-13918-RAM

---

■ Real Property                                    Check one below for Real Property:

   ■ Principal Residence                      ■ Escrow is included in the regular payments

   ☐ Other Real Property                      ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
6201 SW 138 CT UNIT M, Miami, FL 33183

☐ Personal Property/Vehicle

Description of Collateral:

---

2.  Creditor: Ally Bank c/o AIS Portfolio Services, LLC [POC#3]

    Address: Payment Processing        Arrearage/ Payoff on Petition Date    $13,566.57
          Center                        Payoff (Including 0% monthly interest)    $226.11      /month (Months  1  to  60 )
          PO Box 660618
          Dallas TX 75266-0618

Last 4 Digits of
Account No.:          8175

Other:

---

☐ Real Property                                    Check one below for Real Property:

   ☐ Principal Residence                      ☐ Escrow is included in the regular payments

   ☐ Other Real Property                      ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: 2019 Mercedes-Benz Sprinter Passenger Van 1500 High Roof 2.0L I4 Turbo
          VIN:WD4PE7ED6KT012066

---

B.  **VALUATION OF COLLATERAL:**   ■ NONE

    IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

    1. **REAL PROPERTY:** ■ NONE

    2. **VEHICLES(S):** ☐ NONE

---

LF-31 (rev. 04/01/22)

Debtor(s): Felipe Osorio, Lourdes Valladares    Case number: 24-13918-RAM

| | | |
|---|---|---|
| 1. Creditor: World Omni Financial Corp. [POC#1] | Value of Collateral: $47,355.42 | **Payment** |
| | Amount of Creditor's Lien: $47,355.42 | Total paid in plan: $55,927.11 |
| Address: World Omni Financial Corp. P. O. Box 991817 Mobile AL 36691-8817 | Interest Rate: 6.75% | $932.12 /month (Months 1 to 60 ) |
| Last 4 Digits of Account No.: 4006 | | |
| VIN: 3TMAZ5CNXNM185807 | | |
| Description of Collateral: 2022 TOYOTA TACOMA TRD - | | |
| Check one below: ☐ Claim incurred 910 days or more pre-petition ■ Claim incurred less than 910 days pre-petition | | |
| 2. Creditor: World Omni Financial Corp. [POC#2] | Value of Collateral: $34,000.00 | **Payment** |
| | Amount of Creditor's Lien: $34,000.00 | Total paid in plan: $40,154.26 |
| Address: World Omni Financial Corp. P. O. Box 991817 Mobile AL 36691-8817 | Interest Rate: 6.75% | $669.24 /month (Months 1 to 60 ) |
| Last 4 Digits of Account No.: 5651 | | |
| VIN: JTEZU5JR0L5228010 | | |
| Description of Collateral: 2020 TOYOTA 4RUNNER - | | |
| Check one below: ■ Claim incurred 910 days or more pre-petition ☐ Claim incurred less than 910 days pre-petition | | |

3. **PERSONAL PROPERTY:** ■ NONE

C. **LIEN AVOIDANCE** ■ NONE

D. **SURRENDER OF COLLATERAL:** ■ NONE

E. **DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee. The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| Golf Village of Kendall Inc. | 6201 | 6201 SW 138 CT UNIT M, Miami, FL 33183 |

1.

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ☐ NONE

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

B. **INTERNAL REVENUE SERVICE:** ☐ NONE

| | | | |
|---|---|---|---|
| Total Due: | $21,601.11 | Total Payment | $21,601.11 |
| Payable: | $360.02 | /month (Months 1 to 60 ) | |

Debtor(s): Felipe Osorto, Lourdes Valladares    Case number: 24-13918-RAM

C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**    ☐ NONE

    A. Pay    \$170.07    /month (Months  14  to 14 )

    Pay    \$181.19    /month (Months  15  to 60 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. SEPARATELY CLASSIFIED:   ■ NONE

VI. **STUDENT LOAN PROGRAM**   ■ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**   ■ NONE

VIII. **INCOME TAX RETURNS AND REFUNDS:**

    ■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

IX. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

    ■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

    Confirmation of the plan shall not bar Debtor's counsel from filing an Application for Compensation for any work performed before confirmation.

    If the debtor receives gambling winnings during the pendency of the plan the debtor shall turn over any gross winnings to the Chapter 13 Trustee for the benefit of the unsecured creditors.

    ☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor    _____ Joint Debtor

Felipe Osorto          Date    Lourdes Valladares          Date

/s/ Jose A. Blanco, Esq.    _____

            Date

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.

Debtor(s): Felipe Osorto, Lourdes Valladares          Case number: 24-13918-RAM

---

[1]This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.

LF-31 (rev. 04/01/22)