UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

FELIPE OSORTO and
LOURDES VALLADARES,

Case No.: 24-13918-RAM
Chapter 13

Debtors.
_______________________________/

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective immediately all pleadings, memoranda, correspondence, orders, etc., shall be sent to the firm's new address at:

**LORIUM LAW**
100 Northeast Third Avenue, Suite 700
Fort Lauderdale, Florida 33301
(954) 462-8000 (Telephone)
(954) 462-4300 (Fax)

Dated this 17th day of August, 2026.

Respectfully submitted,

**LORIUM LAW**
*Attorneys for BankUnited, N.A.*
100 Northeast Third Avenue, Suite 700
Fort Lauderdale, Florida 33301
Telephone (954) 462-8000
Facsimile (954) 462-4300

By: /s/ Riley W. Cirulnick
RILEY W. CIRULNICK
Florida Bar No. 333270
rcirulnick@loriumlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF to all parties registered to receive service by this method on this 17th day of August, 2026.

/s/ Riley W. Cirulnick
RILEY W. CIRULNICK