UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Felipe Osorto
Lourdes Valladares
Debtors /

Case No.: 24-13918-RAM
Chapter 13

## MOTION TO MODIFY CHAPTER 13 PLAN

COME NOW, the Debtors, Felipe Osorto and Lourdes Valladares, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On April 24, 2024, the instant case was filed.
2. On November 20, 2024, Debtors' Fifth Amended Chapter 13 plan was confirmed and later the Third Modified Plan was approved on November 17, 2025.
3. In Debtors' confirmed plan, the Debtors are paying Citibank, N.A., not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2019 RPL3 d/b/a Fay Servicing, LLC (herein "Secured Creditor").
4. Secured Creditor filed a notice of mortgage payment change, wherein the regular payment of the Debtors' mortgage has increased.
5. Debtors desire to modify the plan in order to provide for the new payment.
6. Furthermore, on September 30, 2026, the Trustee issued a Notice of Delinquency.
7. The Debtors have been unable to become current in the required time frame.

8. The Debtors further desire to Modify the plan in order to become current with the Chapter 13 plan.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtors' FOURTH Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ECF to the Debtors' and Nancy K. Neidich, Trustee and U.S. Mail on October 17, 2026 and to all parties on the service list.

Respectfully submitted:
October 17, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com