**Form CGFCRD3Z** (6/1/2026)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 24−13918−RAM**

**Chapter: 13**

**In re:**

Felipe Osorto
aka Felipe N Osorto, aka Felipe Nery Osorto
6201 SW 138th Court Unit M
Miami, FL 33183−2092
SSN: xxx−xx−3086

Lourdes Valladares
aka Lourdes S Valladares, aka Lourdes Suyapa Valladares
6201 SW 138th Court Unit M
Miami, FL 33183−2092
SSN: xxx−xx−5749

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Robert A Mark to consider the following:

**Motion to Modify Plan (Re: 131 Modified Chapter 13 Plan) Filed by Debtor Felipe Osorto, Joint Debtor Lourdes Valladares − [140]**

1. This matter has been set on the Court's motion calendar for a non−evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** **November 10, 2026**
   **Time:** **09:00 AM**
   **Location:** **Video Conference by Zoom for Government**

2. The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. **To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.** To register, click on or enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJItdOyvrjIvGmlCDrtlqCZrs_TzvTdyAJ0

4. The movant's attorney (or, if unrepresented, the movant) must serve a copy of this notice on all entities required to receive notice and file a certificate of service as required by Local Rule 9036−2. Failure to serve this notice as directed, or to file a certificate of service, may result in denial of the relief requested.

**Dated: 10/19/26**

**CLERK OF COURT**
By: Jacqueline Antillon
Courtroom Deputy